**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| GEORGE GILMORE, | : | No. 195 EM 2016 |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| LAWRENCE P. MAHALLY, SUPERINTENDENT, | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 24th day of January, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus and the Application for Appointment of Counsel are **DENIED**.